

April 25, 2022

**VIA ELECTRONIC COURT FILING**
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



**RE:    Denise Crumwell v. Liberty Puzzles, LLC**
**Civil Action No.:    1:22-cv-01463-KPF**

---

Dear Judge Failla:

     As Your Honor is aware, my office has recently been retained as counsel for Defendant, Liberty Puzzles, LLC (hereinafter, "Liberty Puzzles") in the abovementioned matter.  Further, we recently filed a Notice of Substitution of Attorney with this Honorable Court, substituting in for withdrawing counsel, Chad T. Nitta, Esq. of Kutak Rock [Docket No. 11].  We also sought a thirty (30) day extension of time until May 25, 2022 to file an Answer or otherwise plead [Docket No. 12].

     We note Your Honor issued an Order for an Initial Pretrial Conference which is scheduled for Tuesday, May 3, 2022.  Should Your Honor grant the extension of time as prayed for in Docket No. 12, it is respectfully requested Your Honor adjourn the Initial Pretrial Conference to after May 25, 2022, on a date most convenient for Your Honor.

     Respectfully Submitted,

*Anthony Nwaneri*

     Anthony C. Nwaneri

    cc:    via ECF
           Jeffrey M. Gottlieb Esq.
           Gottlieb & Associates
           150 East 18th Street, Suite PHR
           New York, New York 10003
           (212) 228-9795
           *Attorneys for Plaintiff*

```
The Court is in receipt of Defendant's above letter as well as its
earlier letter also filed on April 25, 2022 (Dkt. #12).  For the
reasons stated in the letters, Defendant is hereby ORDERED to answer
or otherwise respond to the complaint on or before May 25, 2022.
Additionally, the initial pretrial conference in this matter is hereby
ADJOURNED to June 8, 2022, at 10:00 a.m.

The Clerk of Court is directed to terminate the motions at docket
entries 12 and 13.



Dated:   April 26, 2022                SO ORDERED.
         New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE