

May 24, 2022

**VIA ELECTRONIC COURT FILING**
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



**RE:   Denise Crumwell v. Liberty Puzzles, LLC**
**Civil Action No.:   1:22-cv-01463-KPF**

Dear Judge Failla:

    We represent Defendant, Liberty Puzzles, LLC (hereinafter, "Liberty Puzzles") in the abovementioned matter. We respectfully move the Court to extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint from May 25, 2022 to June 22, 2022. We also respectfully request that the pretrial conference currently scheduled for June 8, 2022, also be adjourned.

    Plaintiff's counsel has consented to this extension which will permit Defendant's counsel to continue to investigate the allegations set forth in Plaintiff's Complaint and permit the parties to communicate regarding same. The Court granted a prior extension on April 26, 2022 wherein it set for the abovementioned dates (Dkt. #14).

    The parties jointly request that this Honorable Court enter an Order granting the subject relief, and for all other relief this Honorable Court deems just and proper. This is the second request for the relief sought.

                                            Respectfully Submitted,

                                            *Anthony Nwaneri*

                                            Anthony C. Nwaneri

    cc:    *via ECF*
           Jeffrey M. Gottlieb Esq.
           Gottlieb & Associates
           150 East 18th Street, Suite PHR
           New York, New York 10003
           (212) 228-9795
           *Attorneys for Plaintiff*

```
Application GRANTED.  Defendant shall file its response to the complaint
on or before June 22, 2022.  Additionally, the initial pretrial
conference currently scheduled for June 8, 2022, is hereby ADJOURNED to
July 14, 2022, at 3:00 p.m.

The Clerk of Court is directed to terminate the motion at docket entry
15.



Dated:   May 25, 2022              SO ORDERED.
         New York, New York
```

*[signature: Katherine Polk Failla]*

```
                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE
```